# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH NASCIMENTO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NA, et al.,<br><br>　　　　Defendants. | 2:11-CV-1049 JCM (GWF) |

**ORDER**

Presently before the court is plaintiff Joseph Nascimento's motion to reconsider this court's August 16, 2011, order denying his motion to enforce prohibition on state court proceeding. (Doc. #19). Defendant has not replied.

"Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." *School Dist. No. 1J v. AcandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993); *see* FED. R. CIV. P. 59(e); *see also* FED. R. CIV. P. 60(b).

The plaintiff fails to present any new law, new facts, or new evidence indicating that any of the circumstances enumerated by the Ninth Circuit are present here. Although plaintiff filed an additional brief with the Nevada Supreme Court on August 16, 2011, absent an affirmative showing that the Nevada Supreme Court continues to knowingly issue orders in contravention of § 1446(d), the court again declines to enjoin the state court.

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff Joseph Nascimento's motion to reconsider this court's August 16, 2011, order (doc. #19) be, and the same hereby is, DENIED.

DATED September 29, 2011.

_____
**UNITED STATES DISTRICT JUDGE**