1
2
3
4

**UNITED STATES DISTRICT COURT**

5

**DISTRICT OF NEVADA**

6
7

8   JOSEPH NASCIMENTO,                                    2:11-CV-1049 JCM (GWF)

9              Plaintiff,

10   v.

11   WELLS FARGO BANK, NA, et al.,

12              Defendants.

13
14
15                                            **ORDER**

16          Presently before the court is defendant Wells Fargo Bank, N.A.'s motion for extension of

17   time to file motion for attorneys' fees. (Doc. # 60). Defendant requests a one-week extension of time

18   to file this motion. Defendant files its motion pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rule

19   6-1.

20          Fed. R. Civ. P. 54(d)(2)(B) requires that a motion for attorneys' fees be made no later than

21   14 days after entry of judgment, unless the court provides otherwise.

22          Defendant represents that counsel requires additional time because it must comply with state

23   and federal law in obtaining approval for requesting attorneys' fees. Further, defendant represents

24   that once approval was obtained, the volume of invoices to review and the holiday weekend made

25   it difficult to file the motion timely.

26   . . .

27   . . .

28

**James C. Mahan**
**U.S. District Judge**

1     Good cause for an extension being shown,

2     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Wells Fargo Bank, N.A.'s

3  motion for extension of time to file motion for attorneys' fees (doc. # 60) be, and the same hereby

4  is, GRANTED.

5     IT IS FURTHER ORDERED that defendant shall have a one-week extension of time, up to

6  and including, December 3, 2012, in which to file defendant's motion for attorneys' fees.

7     DATED November 27, 2012.

8

9     _____

10    **UNITED STATES DISTRICT JUDGE**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**                              - 2 -