# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH NASCIMENTO,<br><br>     Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NA, et al.,<br><br>     Defendants. | 2:11-CV-1049 JCM (GWF) |

## ORDER

Presently before the court is defendant Wells Fargo Bank, N.A.'s motion for extension of time to file motion for attorneys' fees. (Doc. # 60). Defendant requests a one-week extension of time to file this motion. Defendant files its motion pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rule 6-1.

Fed. R. Civ. P. 54(d)(2)(B) requires that a motion for attorneys' fees be made no later than 14 days after entry of judgment, unless the court provides otherwise.

Defendant represents that counsel requires additional time because it must comply with state and federal law in obtaining approval for requesting attorneys' fees. Further, defendant represents that once approval was obtained, the volume of invoices to review and the holiday weekend made it difficult to file the motion timely.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1    Good cause for an extension being shown,

2    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Wells Fargo Bank, N.A.'s

3 motion for extension of time to file motion for attorneys' fees (doc. # 60) be, and the same hereby

4 is, GRANTED.

5    IT IS FURTHER ORDERED that defendant shall have a one-week extension of time, up to

6 and including, December 3, 2012, in which to file defendant's motion for attorneys' fees.

7    DATED November 27, 2012.

_____
**UNITED STATES DISTRICT JUDGE**